UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICK EDDINGTON, )<br> )<br> Plaintiff, )<br> )<br> v. ) Civil Action No. 19-3477 (CJN)<br> )<br>FEDERAL BUREAU )<br>OF INVESTIGATION, et al., )<br> )<br> Defendants. ) | |

**JOINT STATUS REPORT**

Defendants, the Federal Bureau of Investigation ("FBI") and the U.S. Department of Justice ("DOJ," collectively "Defendants"), and Plaintiff, Patrick Eddington, by their respective undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order of January 15, 2020. This case arises under the Freedom of Information Act ("FOIA") and involves Plaintiff's request to the Federal Bureau of Investigation ("FBI") for records relating to Edward Snowden.

1. The FBI recently completed its search for responsive records and has located approximately 121 pages. It is in the early stages of processing the records for redactions. The FBI estimates that it will be able to complete the processing and release all nonexempt material by the end of March 2020, with the exception of information that will require consultation with other government agencies. FBI estimates that the consultation process is likely to take another month, with the FBI finishing that by the end of April 2020.

2.   Defendants propose that the parties file another joint status report by March 15, 2020, to update the Court on the FBI's progress, and propose another date for a second joint status report. Counsel for Plaintiff agreed to this proposal.

Dated: January 30, 2020                                  Respectfully submitted,

 /s/ *Joshua Hart Burday*                                JESSIE K. LIU, D.C. Bar #472845
JOSHUA HART BURDAY                                       United States Attorney for the District of Columbia
Loevy & Loevy
311 N. Aberdeen Street                                   DANIEL F. VAN HORN, D.C. Bar #924092
Third Floor                                              Assistant United States Attorney
Chicago, IL 60607
(312) 243-5900                                            /s/ *Alan Burch*
Fax: (312) 243-5902                                      ALAN BURCH, D.C. Bar #470655
joshb@loevy.com                                          Assistant United States Attorney
                                                         United States Attorney's Office, Civil Division
*Counsel for Plaintiff*                                  555 Fourth St., NW
                                                         Washington, DC 20530
                                                         (202) 252-2550, alan.burch@usdoj.gov

                                                         *Counsel for Defendant*